# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

TIMOTHY SANTIAGO

        V.        CASE NUMBER: 1:05-CV-259(NPM)

COMMISSIONER OF SOCIAL SECURITY

| | |
|---|---|
| [ ] | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [XX] | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF, affirming the Commissioner's final decision pursuant to the Memorandum-Decision and Order of the Hon. Neal P. McCurn filed on December 12, 2007.

DATED:    December 12, 2007

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp